# United States District Court
## Violation Notice

CVB Location Code

U34

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0ID002P | Wise | 2625 |

F0ID002P

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 01/29/2026 15:27 | FED 36CFR261.17 |

Place of Offense
Soapstone parking area / sr150

Offense Description: Factual Basis for Charge
failure to pay recreation fee

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| EAN HOLDINGS LLC | EAN HOLDINGS LLC | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult   ☐ Juvenile   Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN:

CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| CWH7007 | AZ | | GMC/SIERRA | ☐ | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 100.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 130.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete       Original - CVB Copy       FS-5300-4 (7/05)

F0ID002P

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     01/29/2026     while exercising my duties as a law enforcement

officer in the _____ District of     UT

Pursuant to 16USC 551: 36 CFR 261.17
I state than on January 29, 2026 at approximately 11:39 hours while exercising my duties in the Judicial District of Utah, I, Law Enforcement Officer Wise, assigned to the Heber-Kamas Ranger District on the Uinta-Wasatch-Cache National Forest, visually observed while patrolling the Soapstone trailhead on the Mirror Lake Highway, a black GMC pickup that had not displayed a current recreation pass. The parking lot is signed as a Recreation Fee area and provides envelopes for payment. I attempted to locate a pass on the vehicle by looking into the front windshield at the dash and rear view mirror location. After not finding any observable pass, I issued a citation to the registered owner of the Black GMC Sierra with AZ plate #CWH7007.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

| 01/29/2026 | |
|---|---|
| Date (mm/dd/yyyy) | Officer's Signature |

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

| _____ | |
|---|---|
| Date (mm/dd/yyyy) | U.S. Magistrate Judge |

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident